**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASHEM NOMAN AHMED ELSHAWADFY, | No. ED CV 26-1114-KK(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| MARK BOWEN, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered:  (a) declaring that DHS' previous detention of Petitioner violated the Due Process Clause of the Fifth Amendment to the United States Constitution; and (b) Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents

bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, on counsel for Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  April 22, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2