JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HASHEM NOMAN AHMED ELSHAWADFY,

        Petitioner,

      v.

MARK BOWEN, ETC., ET AL.,

        Respondents.

No. ED CV 26-1114-KK(E)

JUDGMENT

IT IS ADJUDGED that:  (a) DHS' previous detention of Petitioner violated the Due Process Clause of the Fifth Amendment to the United States Constitution; and (b) Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

DATED:  April 22, 2026.

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE